AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Liberty Mutual Fire Insurance Company; and Employers Insurance of Wausau, a Mutual Company<br>*Plaintiffs*<br>v.<br>J.T. Walker Industries, Inc., f/k/a Metal Industries, Inc.; MI Windows & Doors, Inc., f/k/a MI Home Products, Inc. and Metal Industries Inc. Of California<br>*Defendants*<br><br>MI Windows & Doors, Inc.<br>*Counterclaimant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.    2:08-2043-MBS |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiffs, Liberty Mutual Fire Insurance Company and Employers Insurance of Wausau, recover from the defendants, J.T. Walker Industries, Inc., MI Windows and Doors, the amount of Six Hundred, Eighty-four Thousand, Four Hundred sixteen and 01/100 dollars ($684,416.01), plus postjudgment interest at the rate of .18 %, along with costs on the breach of contract claim.

■ the counterclaimant MI Windows and Doors, recover from the plaintiffs/counter defendants, Liberty Mutual Fire Insurance Company and Employers Insurance of Wausau, the amount of Eighteen Thousand, Two Hundred ninety dollars ($18,290.00), plus postjudgment interest at the rate of .18 %, along with costs on the breach of contract counterclaim.

This action was *(check one)*:

■ tried by a jury, the Honorable Margaret B. Seymour, Chief United States District Judge, presiding, and the jury has rendered a verdict.

■ The court having granted the motion for partial summary judgment filed by plaintiffs/counter defendants Liberty Mutual Fire Insurance Company and Employers Insurance of Wausau on the declaratory claims contained in the complaint and amended counterclaim, summary judgment is entered for Liberty Mutual Fire Insurance Company and Employers Insurance of Wausau and these claims are dismissed with prejudice, decided by the Honorable Margaret B. Seymour, Chief United States District Judge, presiding.

Date:   October 1, 2012                                                      *CLERK OF COURT*

                                                                                              s/Angie Snipes
                                                                                              _____
                                                                                              *Signature of Deputy Clerk*